**BARNES & THORNBURG** LLP

225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662 U.S.A.
(612) 333-2111
Fax (612) 333-6798

www.btlaw.com

William E. Manske
612-367-8746
wmanske@btlaw.com

December 13, 2012

**VIA ECF**
The Honorable Steven E. Rau
334 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

    Re:    Scentsy, Inc. v. Reshare Commerce, LLC
               Civil Case No.: 12-cv-268 (RHK-SER)

Dear Judge Rau:

      Based upon Reshare's representation that it will produce documents in its possession, custody, or control responsive to Scentsy's documents requests within two weeks, Scentsy hereby withdraws its motion to compel discovery filed with this Court on December 7, 2012 (Dkt. 16). In light of Reshare's above-stated representation, Scentsy further withdraws its requests for a hearing on this matter and certifies that undersigned counsel contacted the Court to cancel the scheduled December 21, 2012 hearing.

                                  Sincerely yours,

                                  BARNES & THORNBURG LLP

                                  William E. Manske

MIDS01 677319v1

Atlanta    Chicago    Delaware    Indiana    Los Angeles    Michigan    Minneapolis    Ohio    Washington, D.C.